**Order entered September 1, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00275-CR

### TIMOTHY LEE BARNUM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069939**

## ORDER

Before the court is appellant Timothy Lee Barnum's motion to receive the appellate record furnished without charge. In the motion, Barnum explains he wishes to pursue habeas relief and requires the reporter's record to establish the merits of his case.

Because there is no requirement that a petition for discretionary review include a copy of the trial record, indigent defendants are not entitled to a free copy of the trial record for preparation of a petition for discretionary review. *Ex parte*

*Trainer*, 181 S.W.3d 358, 359 (Tex. Crim. App. 2005). "For similar reasons, an indigent defendant is not entitled either as a matter of equal protection or of due process to a free transcription of prior proceedings for use in pursuing post-conviction habeas corpus relief." *In re Jones*, Nos. 05-16-00001-CV, 05-16-00002-CV, 2016 WL 279432, at *1 (Tex. App.—Dallas Jan. 22, 2016, orig. proceeding) (mem. op., not designated for publication).

Barnum has no right to a free copy of the appellate record at this time. We therefore **DENY** the motion.


/s/    ROBBIE PARTIDA-KIPNESS
JUSTICE